714

## MOTION DOCKET

**90-2352.** State, ex rel. Hunsaker, v. Judges of Court of Appeals, Third Appellate Judicial Dist. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to stay respondents' order of October 30, 1990, ordering relator to file a transcript of the proceedings by December 1, 1990, IT IS ORDERED by the court that an alternative writ of mandamus be, and the same is hereby, allowed, effective December 20, 1990, and that respondents show cause on or before January 9, 1991, why a peremptory writ should not issue.

Moyer, C.J., Wright and Resnick, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**90-770.** State, ex rel. Leibowitz, v. Morgan. *Summit County,* No. 14327. Cause dismissed, on appellant's application to dismiss, effective December 21, 1990.

**90-2167.** State v. Freshour. *Pickaway County,* No. 90-CA-21. *Sua sponte,* cause dismissed for want of prosecution, effective December 21, 1990.

Monday, December 31, 1990

## MISCELLANEOUS DISMISSALS

**90-1487.** State, ex rel. Dayton Clean Air Coalition, Inc., v. Kessler. In Prohibition. Cause dismissed, on joint application to dismiss, effective December 26, 1990.

**90-2295.** State, ex rel. Hart, v. Indus. Comm. *Franklin County,* No. 89AP-1466. Cause dismissed, on appellant's application to dismiss, effective December 26, 1990.

**90-2445.** Hawk v. Clinton Memorial Hosp. *Clinton County,* No. CA90-09-019. Cause dismissed, on application of counsel for appellants, effective December 28, 1990.